ORDERED.

Dated: April 16, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flsb.uscourts.gov**

IN RE:

| | |
|---|---|
| **JAMES EDWARD NIMMO** | **CASE NO.: 8:19-bk-00155-RCT** |
| **AKA JAMES E NIMMO** | **CHAPTER: 7** |
| | |
| **MARYANNA ANNA NIMMO** | |
| aka MARY F NIMMO | |
| | |
| DEBTOR(S). | |
| _____/ | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

This cause came on for consideration of the Motion for Relief from Automatic Stay [DE#17] filed by **Lakeview Loan Servicing LLC** on March 13, 2019 and the Chapter 7

Trustee's Limited Response to the Motion for Relief from Automatic Stay [DE#18]. Upon agreement of the parties involved, it is:

**ORDERED:**

1. Movant's Motion is GRANTED – *effective, at the end of the day, ninety (90) days from the date of entry of this order*. However, if the Trustee obtains a contract for the sale of the Real Property prior to the end of the day ninety (90) days from the date of entry of this order, then stay relief shall become effective only upon the withdrawal or the denial of any motion to approve sale by this Court. The parties also agree that the Trustee may continue to market the Property, pursue a sale, obtain a contract, and/or obtain approval of any proposed sale up through the date of any judicial foreclosure sale date. Additionally, Movant will not accept any voluntary conveyance of the Property from the Debtor, to and including, a deed in lieu of foreclosure while the Property remains property of the bankruptcy estate unless otherwise approved by the Trustee

2. Based on the conditions laid out in Paragraph #1; The automatic stay imposed by 11 U.S.C. § 362 will terminate as to Movant's interest in the following property:

> Lot 9, Valencia Lakes-Phase 2, Block 1, according to the plat thereof, as recorded in Plat Book 109 at Page 48, of the Public records of Hillsborough County, Florida.
>
> Commonly known as: 15841 Cobble Mill Drive, Wimauma, FL 33598 in the County of Hillsborough

**Property Address: 15841 Cobble Mill Dr., Wimauma, Florida 33598**

3. This order lifting the automatic stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment and complete a foreclosure as to the above described property and Movant (contingent upon the Debtor receiving a discharge in this case) shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor(s).

5. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the property described above. Movant may also commence

and/or continue to pursue loss mitigation options, including, but not limited to, forbearance, loan modification, refinance, and deed in lieu of foreclosure.

6. The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

###

*Attorney, Jeffrey S. Fraser, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**Submitted By:**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2499
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com